KAREN FARADAY *v.* PAUL DUBE

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is granted.

*Laurence Levine,* in support of the petition.

*Carl R. Ajello,* attorney general, and *Jacob J. Goldman,* assistant attorney general, in opposition.

Submitted July 22—decided July 28, 1977

KENNETH P. KELLOGG *v.* MOLLY E. KELLOGG

The defendant's motion, in the alternative, for reargument or for reconsideration of appellant's "lack of diligence" in the appeal from the Superior Court in Fairfield County at Stamford is denied.

*Stephen A. Wise,* in support of the motion.

Submitted July 22—decided July 28, 1977

CYNTHIA TUCKER *v.* BOARD OF EDUCATION OF THE TOWN OF NORFOLK

The defendant's motion for a review of the denial by the trial court, dated June 23, 1977, of the defendant's motion to rectify the appeal from the Court of Common Pleas in Litchfield County is granted and the relief sought therein is denied.

*Thomas N. Sullivan,* in support of the motion.

Submitted July 26—decided July 28, 1977

JOHN BURWELL ET AL. *v.* BOARD OF SELECTMEN OF THE TOWN OF WINCHESTER

The plaintiffs' motion to expedite the appeal from the Superior Court in Litchfield County is denied.

*Perley H. Grimes, Jr.,* in support of the motion.